IN THE MATTER OF THE SUPERINTENDENT OF THE INSURANCE DEPARTMENT *v.* THE NORTH AMERICA LIFE INSURANCE COMPANY. — Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by LEARNED, P. J.; WESTBROOK, J., not acting.

THE ATTORNEY-GENERAL *v.* THE NORTH AMERICA LIFE INSURANCE COMPANY.—Matter of payment of dividend to attorney. Reargument ordered. BOCKES, J., not acting.

GEORGE A. FERGUSON *v.* MARIA M. FITCH.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOCKES, J.

PETER J. FLINN and others *v.* THE CITY OF ALBANY.— Order affirmed, with ten dollars costs and printing disbursements. Opinion by BOCKES, J.; LEARNED, P. J., dissenting.

CHARLES A. LANGDON, *Respondent, v.* ROSEALGINE A. GUY, *Appellant.* — Order affirmed, with ten dollars costs and printing disbursements, on opinion of Special Term.

MARY BOAS, *Respondent, v.* THOMAS BOAS and others, *Appellants.*— Judgment affirmed, with costs. Opinion by WESTBROOK, J.

HARVEY S. BONNEY and others, *Commissioners, etc., Respondents, v.* S. HOWARD WRISLEY, *Appellant.* — Judgment of County Court affirmed, with costs. Opinion by LEARNED, P. J.

ALFRED B. WOODWORTH and others, *Appellants, v.* CHARLES B. DOUGLASS and WILLIAM M. DOUGLASS, *Respondents.* — Order affirmed, with ten dollars costs and printing disbursements. Opinion by WESTBROOK, J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* CARRIE L. VAN DEUSEN *v.* THE VILLAGE OF CHATHAM, *Respondent.* — Order affirmed, with fifty dollars costs and printing disbursements in favor of respondent against the relator. Opinion by LEARNED, P. J.

WILLIAM H. DODD, *Respondent, v.* JOSEPH DODD, *as Executor, etc., Appellant.* — Part of order appealed from reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs.

ALEXANDER BAKER, *Appellant, v.* STEPHEN J. LEWIS, *Respondent.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

BRYAN J. LAWRENCE, *Respondent, v.* JAMES HALL and others, *Appellants.*— Judgment affirmed, with costs. Opinion by BOCKES, J.